# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**DAVID CZAPIEWSKI,**
**ANTHONY RIACH,**
**LARRY ANDREWS,**
**DAVID THOMAS,**
**MICHAEL CONNELY,**
**JACOB DIETRICH,**
**DONTRELL ANDERSON, and**
**WILLIAM ZIEMER,**

        Plaintiffs,

  v.                          Case No. 16-cv-426

**KURT THOMAS, et al.,**

        Defendants.

## ORDER

On June 23, 2016, plaintiffs filed a motion asking to substitute the proper names for the John Doe placeholders in their complaint. I will grant their request.

In addition, I note that the discovery deadline for the previously named defendants is August 8, 2016, and the dispositive motion deadline is September 9, 2016. Because I prefer to have all defendants on a single litigation track, I will vacate those deadlines and reset them after the newly identified defendants respond to the plaintiffs' complaint.

**THEREFORE**, plaintiffs' motion to substitute the proper names for John Doe defendants (Docket #81) is **GRANTED**. The clerk of court shall substitute Marta Larson

for Doe #2, Lynn Propson for Doe #3, K. Knudtson for Doe #4, and Joseph Weister for Doe #5.

**IT IS FURTHER ORDERED** that pursuant to an informal service agreement between the Wisconsin Department of Justice and this court, copies of plaintiffs' complaint and this order are being electronically sent today to the Wisconsin Department of Justice for service on defendants Larson, Propson, Knudtson, and Weister.

**IT IS ALSO ORDERED** that, pursuant to the informal service agreement between the Wisconsin Department of Justice and this court, defendants Larson, Propson, Knudtson, and Weister shall file a responsive pleading to the complaint within sixty days of receiving electronic notice of this order.

**IT IS FURTHER ORDERED** that the discovery and dispositive motion deadlines set in the court's April 8, 2016 scheduling order are **VACATED**.

Dated at Milwaukee, Wisconsin, this 28th day of June, 2016.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge